EXHIBIT A
COURT'S INTERROGATORIES TO PLAINTIFF

1. Residence address.
   Patricia Kennedy
   9205 NW 80th st
   Tamarac, FL 33321

2. Name of current employer and place of employment.

   Mental Health Association
   9 Muses Art Center
   7139 W.Oakland Park Blvd.
   Lauderhill, Fl 33313

3. Date(s) and time(s) that you visited the website.

   September 5, 2017.

4. Purpose of your visit(s) and duration of your stay(s).

   To determine whether the Defendant's hotel was a place where I could stay and to check for ADA compliance.

5. Did anyone else accompany you? If so, who?

   Daniel Pezza was present when I visited the website.
   PO Box 814201
   Hollywood, Fl 33081

6. Describe the nature of your disability.

   Mobility impaired due to spinal injury.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

   N/A. This case involves a website

8. Did you take notes or make a contemporaneous record of these barriers? If so, attach a copy to these Answers.

   N/A.

9. Please list any other Title III cases in which you have been a party in this District.

   Please see PACER

   Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

1-17-2018
Date

Patricia Kennedy